TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
CHRISTIAN, JOHNSON, SLUGA,
& MUSHMECHE, LLC
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
*Attorneys for Defendant*
*BROTHERHOOD MUTUAL INSURANCE COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAYRA RODRIGUEZ, an individual, MARIO RODRIGUEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BROTHERHOOD MUTUAL INSURANCE COMPANY, a Foreign Corporation; DOE INSURANCE COMPANY(IES) 1 through 40; DOE INSURANCE AGENT(S) 1 through 40; DOE INSURANCE AGENCY(IES) 1 through 40; DOE(S) 1 through 40; and ROE CORPORATION(S) 1 through 40; inclusive,<br><br>Defendants. | Case No.: 2:23-cv-02108-MMD-BNW<br><br>**ORDER GRANTING STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

COMES NOW, Defendant BROTHERHOOD MUTUAL INSURANCE COMPANY (hereinafter "Defendant"), by and through its counsel of record, the law firm of CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE, LLC, and Plaintiff, MAYRA RODRIGUEZ and MARIO RODRIGUEZ, by and through their counsel of record, EGLET ADAMS EGLET HAM HENROID, and hereby stipulate to dismiss all of Plaintiffs' claims against Defendant in the

. . .

. . .

1

1  above-referenced matter **with prejudice.** Each party shall bear its own fees and costs.

2      **IT IS SO STIPULATED.**

3  Dated this 22nd day of January, 2025.      Dated this 22nd day of January, 2025.

| **CHRISTIAN, JOHNSON, SLUGA, & MUSHMECHE, LLC** | **EGLET ADAMS EGLET HAM HENRIOD** |
|---|---|
| */s/ Tyler J. Watson, Esq.* <br> TYLER J. WATSON, ESQ. <br> Nevada Bar No. 11735 <br> SCOTT B. VAN ALFEN, ESQ. <br> Nevada Bar No. 5532 <br> 8985 S. Eastern Ave., Suite 200 <br> Las Vegas, Nevada 89123 <br> *Attorneys for Defendant* | */s/ Artemus W. Ham, Esq.* <br> ARTEMUS W. HAM, IV, ESQ. <br> Nevada Bar No. 7001 <br> JORDAN A. EGLET, ESQ. <br> Nevada Bar No. 15542 <br> 400 South 7th Street, 4th Floor <br> Las Vegas, Nevada 89101 <br> *Attorneys for Plaintiffs* |

**IT IS SO ORDERED**

DATED the 23rd day of January 2025.

_____
U.S. States District Judge